UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 22-00031
Ellen C Schnack )
) Chapter: 13
)
) Honorable Carol A. Doyle
)
)
Debtor(s) )

### ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER COURT-APPROVED RETENTION AGREEMENT
(Use for cases filed on or after April 20, 2015)

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | |
|---:|---|
| $0.00 | for legal services through confirmation of the plan. |
| $4,500.00 | for legal services through conclusion of the case. |
| $0.00 | for legal services after confirmation of the plan. |
| $350.00 | for reimbursable expenses. |
| $4,850.00 | **total fees and reimbursement allowed.** |
| $ -1,800.00 | less payment received from debtor prior to date of application. |
| $3,050.00 | **balance allowed under this order.** |

Enter:

*/s/ Carol Doyle*

United States Bankruptcy Judge

Dated: March 29, 2022

**Fees Payable to:**

Michal Fus
Chicago Legal Solutions, LLP
110 Higgins Rd
Park Ridge, IL 60068
mfus@chicagolegalsolutions.com