| Name: | Ellen C Schnack | | | | | |
|---|---|---|---|---|---|---|
| **BK Case Number:** | 22-00031 | | | | | |
| **Filing Date:** | 01/03/2022 | | | | | |
| **First Post Due:** | 02/01/2022 | | | | **Completed By:** | Sudesh M R |
| **Post-Petition Due** | **Date Received** | **Amount Received** | **Amount Applied** | **Suspense Application** | **Suspense Balance** | **Comments** |
| | 02/11/2022 | $ 2,158.59 | $ - | $ 2,158.59 | $ 2,158.59 | |
| 02/01/2022 | 02/14/2022 | $ - | $ 2,158.59 | $ (2,158.59) | $ - | |

| Name: | Ellen C Schnack | | | |
|---|---|---|---|---|
| **BK Case Number:** | 22-00031 | | | |
| **Filing Date:** | 01/03/2022 | | | |
| **Completed by:** | Sudesh M R | | | |
| **Due Date** | **Total Payment** | **Principal & Interest** | **Escrow** | **NOPC Filed Date** |
| 03/01/2022 | $ 2,158.59 | $ 1,203.98 | $ 954.61 | |
| 04/01/2022 | $ 2,158.59 | $ 1,203.98 | $ 954.61 | |
| 05/01/2022 | $ 2,158.59 | $ 1,203.98 | $ 954.61 | |
| **Total Due** | **$ 6,475.77** | **$ 3,611.94** | **$ 2,863.83** | |